IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JETERA EAGLIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-4952 |
| | § | |
| HARRIS COUNTY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated, in detail, at the February 2, 2012 motion hearing, the defendant's motion for summary judgment is granted. This action is dismissed with prejudice. This is a final judgment.

SIGNED on February 2, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge